MEAG New York Corporation, Plaintiff-Respondent, 
against
Thomas P. Schweitzer, Defendant-Appellant.



Defendant appeals from an order of the Civil Court of the City of New York, New York County (Lisa A. Sokoloff, J.), entered on February 2, 2017, which granted plaintiff's motion for summary judgment and denied defendant's motion to dismiss the complaint pursuant to CPLR 3126.




Per Curiam.
Order (Lisa A. Sokoloff, J.), entered on February 2, 2017, modified by denying plaintiff's motion without prejudice to renewal after completion of discovery; as modified, order affirmed, without costs.
In the particular circumstances of this case, Civil Court should have denied, as premature, plaintiff's motion for summary judgment (see Groves v Land's End Hous. Co., 80 NY2d 978, 980 [1992]; McGlynn v Palace Co., 262 AD2d 116, 117 [1999]). At the time of its motion, plaintiff failed to comply with defendant's request for documents, most notably, the post-July 3, 2013 documents admittedly in plaintiff's possession and referenced in plaintiff's November 30, 2016 supplemental affidavit. Our disposition is without prejudice to plaintiff's renewal of its motion after completion of discovery.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: February 13, 2018